UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ARON SMITH, )<br> )<br>  Plaintiff, )<br> )<br> v. )<br> )<br>MADISON COUNTY CORRECTIONAL COMPLEX; )<br>CRAIG JACKSON; *Officer in Charge*; and QUALITY )<br>CORRECTIONAL CARE, *Medical Provider*, )<br> )<br>  Defendants. ) | No. 2:25-cv-00084-JMS-MJD |

## ORDER

Pending before the Court is *pro se* Plaintiff Aron Smith's Motion to Amend Complaint, filed on February 13, 2025, the same day as his Complaint. [Filing No. 2; Filing No. 7.] Defendants have not yet been served. Accordingly, under Federal Rule of Civil Procedure 15(a)(1)(a), Mr. Smith's Motion to Amend Complaint is **GRANTED**. Fed. R. Civ. P. 15(a)(1)(a) ("A party may amend its pleading once as a matter of course no later than . . . 21 days after serving it . . . .").

The **CLERK IS DIRECTED** to: (1) re-docket Filing No. 7-1 as Mr. Smith's Amended Complaint; and (2) update the docket accordingly based on the parties identified in the Amended Complaint.

Date: 5/15/2025

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**
**ARON SMITH**
142131
WABASH VALLEY – CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only